UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| WRIST SP BIOTECH, LLC<br><br>        *Plaintiff*,<br>v.<br><br>GOOGLE, LLC<br><br>        *Defendant* | Civil Action No. 6:23-cv-630-FB |

**NOTICE OF VOLUNTARY DISMISSAL**
**UNDER FRCP 41**

Plaintiff hereby voluntarily dismisses the above action, without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure.  Defendant has neither answered nor filed a motion for summary judgement.

Executed on October 22, 2023        Respectfully submitted,


    /s/ Joseph J. Zito
Joseph J. Zito
Whitestone Law
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
202-466-3500
jzito@whitestone.law
*Attorneys for Plaintiff*
*SLS Manager Technologies, LLC*

1

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 22, 2023 the foregoing Notice of Voluntary Dismissal was filed with the Clerk of Court using the CM/ECF system, which send a notification of such filing to counsel of record.

                                                                              /s/ Joseph J. Zito
                                                                              Joseph J. Zito